| PROB 22 (Rev 2/88) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 8:01-291-1 |
| | | DOCKET NUMBER (Rec Court) |
| | | 07-PT-352-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Julian Dejesus | South Carolina | Greenville |
| | NAME OF SENTENCING JUDGE | |
| | G. Ross Anderson, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/04/2004 — TO 10/03/2009 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_Aug 29, '07_                                                _[signed] G. Ross Anderson, Jr._
Date                                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_24 October 2007_                                            _[signed] Thomas F. Hogan_
Effective Date                                               United States District Judge

(Form Revised in WP80 by D/SC - 9/97)