Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

December 27, 2007

Clerk, U.S. District Court
for the District of South Carolina
C.F. Haynsworth Federal Building
and U.S. Courthouse
300 East Washington Street
Greenville, S.C. 29601

        In re: U.S.A. vs Julian Dejesus
        Supervised Release Transfer
        Your Case Number: 8:01-291-1
        Our Case Number: 07-PT-352-TFH

Dear Clerk,

  Our office is in receipt of a Transfer of Jurisdiction of Probation/Supervised Release form 22, filed pursuant to 18 U.S.C. 3605.

  Kindly forward certified copies of the docket sheet, Indictment/Information, and Judgment and Commitment Order for this case to our office.

  I am forwarding a certified copy of the original transfer of jurisdiction order for your records.

  Thank you for your assistance in this matter.

        Very truly yours,

        NANCY MAYER-WHITTINGTON, CLERK

        By: _Linda Pugh, (202) 354-3173_
          Deputy Clerk

cc: U.S. Attorney's Office
  U.S. Probation Office