# FILED

JAN - 7 2008

Clerk, U.S. District and
Bankruptcy Courts

*Case No. 07-PT-352-TFH*

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 8:01-291-1 |
| | RECEIVED USDC CLERK, GREE | **DOCKET NUMBER** *(Rec. Court)* |
| | 2008 JAN - 2 | 07-PT-352-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | South Carolina | Greenville |
| Julian Dejesus | NAME OF SENTENCING JUDGE | |
| | G. Ross Anderson, Jr. | |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/04/2004 | TO 10/03/2009 |
|---|---|---|

**OFFENSE**

Conspiracy to Possess With Intent to Distribute Cocaine

# FILED

DEC 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer o supervised releasee named above be transferred with the records of the Court to the United State District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. Thi Court hereby expressly consents that the period of probation or supervised release may be change by the District Court to which this transfer is made without further inquiry of this court.*

| *Aug 23, '07* | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

---

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: _____
DEPUTY CLERK

| *24 October 2007*  Melinda L. Pugh | |
|---|---|
| Effective Date   Deputy Clerk | United States District Judge |

(Form Revised in WP60 by D/SC - 9/97)

# United States District Court
## District of South Carolina

UNITED STATES OF AMERICA

vs.

JULIAN DEJESUS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 8:01-291-1

Karl B. Allen
Defendant's Attorney

**FILED**

MAR 12 2002

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

**THE DEFENDANT:**

■ pleaded guilty to count(s) 1 on 11/5/01

☐ pleaded nolo contendere to count(s) on which was accepted by the court.

☐ was found guilty on count(s) on
after a plea of not guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 and 21:841 (a) (1) | Please see indictment | 4/25/01 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐are     dismissed on the motion of the United States.

☐ Forfeiture provision is hereby dismissed on motion of the United States Attorney.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court or United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

3/8/02
Date of Imposition of Judgment

_Signature of Judicial Officer_

Hon. G. Ross Anderson Jr.
Name and Title of Judicial Officer
12 March , 2002
Date

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY:
DEPUTY CLERK

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 2 - Imprisonment

DEFENDANT: <u>JULIAN DEJESUS</u>
CASE NUMBER: <u>8:01-291-1</u>

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>FORTY-FOUR (44) MONTHS</u>.

■ The court makes the following recommendations to the Bureau of Prisons:
It is recommended that the location for incarceration be a federal facility located in Alabama. The defendant shall be given preference in location over any co-defendants in criminal case 8:01-291.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at a.m./p.m. on.

   ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, after May 15, 2002:

   ☐ before 2 p.m. on

   ■ as notified by the United States Marshal, after May 15, 2002.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal

AO 245B (Rev. 9/00) Judgment in a Criminal Case
    Sheet 3 - Supervised Release

DEFENDANT: JULIAN DEJESUS
CASE NUMBER: 8:01-291-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>FIVE (5) YEARS</u>. The following conditions are subject to the approval of the court.

1. The defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

2. The defendant shall participate in a program of mental health counseling as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.
*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

        If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev 9/00) Judgment in a Criminal Case
     Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT: JULIAN DEJESUS
CASE NUMBER: 8:01-291-1

## CRIMINAL MONETARY PENALTIES

| The defendant will make all checks and money orders payable to the "Clerk, U.S. District Court" unless otherwise directed by the court. |
| :---: |

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|          | **Assessment** | **Fine** | **Restitution** |
| :------- | :------------- | :------- | :-------------- |
| Totals:  | $ 100.00       | $ N/A    | $ N/A           |

☐ The determination of restitution is deferred until An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(8), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
| :------------ | :-------------------- | :---------------------------- | :-------------------------------------- |
|               |                       |                               |                                         |

SEE *VICTIMS LIST* OF VICTIMS. $N/A

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . . . . $

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B, may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ The interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     SCD (Rev. 2/01) Judgment in a Criminal Case
Sheet 5 Part B - Criminal Monetary Penalties

DEFENDANT: <u>JULIAN DEJESUS</u>
CASE NUMBER: <u>8:01-291-1</u>

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ due immediately, balance due

☐ not later than , or

☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ■ Payments to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payments in (e.g., equal, weekly, monthly, quarterly) installments of $ over a period of (e.g., months or years), to commence after the date of this judgment; or

D ☐ Payments in (e.g., equal, weekly, monthly, quarterly) installments of $ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in property as directed in the Preliminary Order of Forfeiture, filed _____ and the said order is incorporated herein as part of this judgment:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

REDDOT

# U.S. District Court
## District of South Carolina (Anderson/Greenwood)
## CRIMINAL DOCKET FOR CASE #: 8:01-cr-00291-CRI All Defendants
## Internal Use Only

Case title: USA v. DeJesus, et al          Date Filed: 05/22/2001
Magistrate judge case number:  8:01-mj-00291

Assigned to: Judge G Ross Anderson, Jr

### Defendant (1)

**Julian Saquan DeJesus**               represented by  **Edward Walter Miller**
*TERMINATED: 03/12/2002*                              Miller Law Firm
                                                      PO Box 10386
                                                      Greenville, SC 29603
                                                      864-242-3073
                                                      Fax: 864-298-0033
                                                      *TERMINATED: 07/19/2001*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

                                                      **Karl B Allen**
                                                      108 Lavinia Avenue
                                                      Greenville, SC 29601
                                                      864-235-9049
                                                      Fax: 864-235-9601
                                                      Email: kbalaw@mindspring.com
                                                      *TERMINATED: 03/12/2002*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

### Pending Counts

21:846 Did conspire to possess with
intent to distribute 5 kilograms or more
of cocaine, a Schedule II controlled
substance in violation of
21:841(a)(1)(April 25, 2001)
(1)

### Disposition

The defendant is sentenced to 44 month
imprisonment and 5 years supervised
release. While on supervision, he shall
participate in drug and mental health
counseling. Special assessment 100

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY:
DEPUTY CLERK

### Highest Offense Level (Opening)

Felony

### Terminated Counts                              Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                                     Disposition

None


Assigned to: Judge G Ross Anderson, Jr


### Defendant (2)

**Lowell Martin**                    represented by    **Beattie B Ashmore**
*TERMINATED: 02/21/2002*                              Price Paschal and Ashmore
                                                      644 E Washington Street
                                                      Greenville, SC 29601
                                                      864-467-1001
                                                      Fax: 864-242-6560
                                                      Email: dlm@sctriallawyers.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Benjamin Thomas Stepp**
                                                      Federal Public Defender's Office
                                                      501 E McBee Avenue
                                                      Suite 202
                                                      Greenville, SC 29601
                                                      864-235-8714
                                                      Fax: 864-233-0188
                                                      Email: benjamin_stepp@fd.org
                                                      *TERMINATED: 06/13/2001*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or*
                                                      *Community Defender Appointment*

                                                      **Everett P Godfrey, Jr**
                                                      Godfrey Law Firm
                                                      Ten E Avenue
                                                      Greenville, SC 29601

864-467-9196
Fax: 864-467-9427
Email: bill@godfreylawfirm.com
*TERMINATED: 02/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 Did conspire to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance in violation of 21:841(a)(1)(April 25, 2001) (1) | Dismissed |
| 21:846 Conspiracy to possess with intent to distribute 500 grams or more but less than 5 kilograms of cocaine or more but less than 5 kilograms of cocaine MANUFACTURE (1s) | The defendant is sentenced to 37 months imprisonment and 4 years supervised release. 100 Special Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge G Ross Anderson, Jr

**Defendant (3)**

| **Michael Lee Foster** *TERMINATED: 12/19/2001* | represented by | **Beattie B Ashmore** (See above for address) *TERMINATED: 12/19/2001* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| --- | --- | --- |

*Designation: Retained*

**Everett P Godfrey, Jr**
(See above for address)
*TERMINATED: 06/18/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jay Strongwater**
Strongwater and Associates LLC
1360 Peachtree Street
Suite 930
Atlanta, GA 30309
404-872-1700
*TERMINATED: 12/19/2001*
*Designation: Retained*

**Robert G Rubin**
Peters Roberts Borsuk and Rubin
2786 North Decatur Road
Suite 245
Decatur, GA 30033
404-296-5300
*TERMINATED: 12/19/2001*
*Designation: Retained*

**Pending Counts**

21:846 Did conspire to possess with
intent to distribute 5 kilograms or more
of cocaine, a Schedule II controlled
substance in violation of
21:841(a)(1)(April 25, 2001)
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Disposition**

The defendant is sentenced to 87 months
imprisonment and 5 years supervised
release with the condition that he
participate in a program of testing and
treatment for drug abuse. 100 Special
Assessment

**Disposition**

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Unassigned - CRI

### Defendant (4)
**Leonel Garcia**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 Did conspire to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance in violation of 21:841(a)(1)(April 25, 2001) (1) | |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Interested Party
**All Out Bail Bonding**

### Interested Party
**Nikki DeJesus**    represented by  **Nikki DeJesus**
Surety/Julian DeJesus
2216 Flagler Place NW
Washington, DC 20001
202-233-8393

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Foster Bail Bonds**                    represented by    **Foster Bail Bonds**
                                                            Surety for Michael Foster
                                                            750 Glass St NW
                                                            Atlanta, GA 30318
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**USA**                                  represented by    **Isaac Johnson, Jr**
                                                            McAngus Goudelock and Courie
                                                            PO Box 2980
                                                            Greenville, SC 29602
                                                            864-239-6707
                                                            Fax: 864-242-3199
                                                            Email: ike.johnson@mgclaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2008 | 100 | Probation Jurisdiction Transferred to District of Columbia as to Julian Saquan DeJesus Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (sjam, ) (Entered: 01/03/2008) |
| 11/16/2005 | 98 | Probation Jurisdiction Transferred to Middle District of Alabama as to Lowell Martin. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (pbri, ) (Entered: 11/16/2005) |
| 08/13/2002 | | CJA PAYMENT to Edward Walter Miller for defendant Julian Saquan DeJesus PAYMENT AMOUNT $ 507.20 VOUCHER # 020805000070 (pbri) (Entered: 08/13/2002) |
| 06/25/2002 | 97 | Judgment Returned Executed as to Lowell Martin ; on 6/3/02 at Maxwell AFB (pbri) (Entered: 06/25/2002) |
| 05/31/2002 | 96 | Judgment Returned Executed as to Julian Saquan DeJesus at FCI Talladega ; on 5/20/02 (pbri) (Entered: 06/03/2002) |
| 05/29/2002 | 95 | AMENDED JUDGMENT: Lowell Martin (2) count(s) 1s. The defendant is sentenced to 37 months imprisonment and 4 years supervised release. 100 |

| | | Special Assessment ( Signed by Judge G. R. Anderson Jr ) SVD (pbri) (Entered: 05/30/2002) |
|---|---|---|
| 05/15/2002 | 94 | ORDER as to Lowell Martin granting [93-1] motion to amend [92-1] judgment order as to Lowell Martin (2) (Signed by Judge G. R. Anderson Jr ) (pbri) (Entered: 05/15/2002) |
| 05/08/2002 | 93 | MOTION by Lowell Martin to amend [92-1] judgment order (pbri) (Entered: 05/09/2002) |
| 03/12/2002 | 92 | AMENDED JUDGMENT: The defendant is sentenced to 37 months imprisonment and 4 years supervised release. It is recommended to the bureau of prisons that the defendant be allowed to enter the shock incarceration program. Special assessment 100 ( Signed by Judge G. R. Anderson Jr ) SVD (pbri) (Entered: 03/13/2002) |
| 03/12/2002 | 91 | JUDGMENT Julian Saquan DeJesus (1) count(s) 1. The defendant is sentenced to 44 month imprisonment and 5 years supervised release. While on supervision, he shall participate in drug and mental health counseling. Special assessment 100 ( Signed by Judge G. R. Anderson Jr ) SVD (pbri) (Entered: 03/12/2002) |
| 03/08/2002 | 90 | SENTENCING held before Judge G. R. Anderson Jr Julian Saquan DeJesus (1) count(s) 1 Witness(es) no, Objections to Pre-Sentence Report: no, Motion for upward/downward departure: yes, ( downward/government), Court Reporter: Wiseman (pbri) (Entered: 03/11/2002) |
| 03/08/2002 | 89 | ORDER for substitution of counsel as to Lowell Martin (Signed by Judge G. R. Anderson Jr ) SVD (pbri) (Entered: 03/08/2002) |
| 03/04/2002 | 88 | TRANSCRIPT OF GUILTY PLEA as to Julian Saquan DeJesus for dates of 11/5/01 before Judge G. R. Anderson Jr held in Anderson, SC Court Reporter: Kirkley (pbri) (Entered: 03/05/2002) |
| 03/01/2002 | 87 | Judgment Returned Executed as to Michael Lee Foster ; on 2/11/02 (pbri) (Entered: 03/01/2002) |
| 03/01/2002 | 86 | NOTICE of Hearing as to Julian Saquan DeJesus set Sentencing for 9:30 3/8/02 for Julian Saquan DeJesus before Judge G. R. Anderson Jr (pbri) (Entered: 03/01/2002) |
| 02/26/2002 | 85 | ORDER as to Lowell Martin granting [82-1] motion to amend [80-1] judgment as to Lowell Martin (2) (Signed by Judge G. R. Anderson Jr ) SVD (pbri) (Entered: 02/27/2002) |
| 02/22/2002 | 84 | TRANSCRIPT OF Guilty Pleas as to Michael Lee Foster for dates of 8/31/01 before Judge G. R. Anderson Jr held in Anderson, SC Court Reporter: Kirkley (pbri) (Entered: 02/25/2002) |
| 02/21/2002 | 83 | JUDGMENT Lowell Martin (2) count(s) 1s, 1 . The defendant is sentenced to 37 months imprisonment and 4 years supervised release. The defendant will not report until 6/1/02. Special assessment 100 ( Signed by Judge G. R. Anderson Jr ) SVD (pbri) (Entered: 02/22/2002) |

| 02/14/2002 | 81 | MOTION by USA as to Julian Saquan DeJesus for downward departure (pbri) (Entered: 02/15/2002) |
| 02/12/2002 | 80 | SENTENCING held before Judge G. R. Anderson Jr. Lowell Martin (2) count(s) 1s Witness(es) no, Objections to Pre-Sentence Report: no, Court Reporter: Kirkley (pbri) (Entered: 02/12/2002) |
| 02/07/2002 | 79 | NOTICE of Hearing as to Julian Saquan DeJesus set Sentencing for 9:30 2/19/02 for Julian Saquan DeJesus before Judge G. R. Anderson Jr. (pbri) (Entered: 02/07/2002) |
| 02/05/2002 | 78 | NOTICE of Hearing as to Lowell Martin set Sentencing for 9:30 2/12/02 for Lowell Martin before Judge G. R. Anderson Jr. (pbri) (Entered: 02/05/2002) |
| 12/19/2001 | 77 | JUDGMENT Michael Lee Foster (3) count(s) 1. The defendant is sentenced to 87 months imprisonment and 5 years supervised release with the condition that he participate in a program of testing and treatment for drug abuse. 100 Special Assessment ( Signed by Judge G. R. Anderson Jr. ) SVD (pbri) (Entered: 12/19/2001) |
| 12/11/2001 | 76 | SENTENCING held before Judge G. R. Anderson Jr. Michael Lee Foster (3) count(s) 1 Witness(es) no, Objections to Pre-Sentence Report: no, Motion for upward/downward departure: no, Court Reporter: Geri Kirkley (pbri) (Entered: 12/11/2001) |
| 11/29/2001 | 75 | NOTICE of Hearing as to Michael Lee Foster set Sentencing for 9:30 12/11/01 for Michael Lee Foster before Judge G. R. Anderson Jr. (pbri) (Entered: 11/29/2001) |
| 11/19/2001 | | HEARING CANCELLED - pretrial- already pled. (sjam) (Entered: 11/19/2001) |
| 11/09/2001 | 74 | NOTICE of Hearing as to Lowell Martin set pretrial conference for 10:00 11/19/01 for Lowell Martin before Magistrate Judge William M. Catoe (pbri) (Entered: 11/09/2001) |
| 11/05/2001 | 73 | Plea Agreement as to Julian Saquan DeJesus (pbri) (Entered: 11/05/2001) |
| 11/05/2001 | 72 | PLEA proffered by Julian Saquan DeJesus as to count(s) 1 of the indictment. Court accepts plea, GUILTY PLEA ENTERED as to Julian Saquan DeJesus (1) count(s) 1 (Terminated motions - mooting [9-1] motion to suppress all statements and physical evidence as to Julian Saquan DeJesus (1) ) Defendant remains on bond. (before Judge G. R. Anderson Jr. ) Court Reporter: Geri Kirkley (pbri) (Entered: 11/05/2001) |
| 11/01/2001 | 71 | WAIVER OF INDICTMENT by Lowell Martin (pbri) (Entered: 11/01/2001) |
| 11/01/2001 | 70 | PLEA proffered by Lowell Martin as to count(s) 1 of the information. Court accepts plea, GUILTY PLEA ENTERED as to Lowell Martin (2) count(s) 1 Defendant remains on bond. (before Judge G. R. Anderson Jr. ) Court Reporter: Geri Kirkley (pbri) (Entered: 11/01/2001) |
| 10/31/2001 | 69 | Plea Agreement as to Lowell Martin (pbri) (Entered: 10/31/2001) |

| 10/31/2001 | 68 | NOTICE of Hearing as to Julian Saquan DeJesus reset Change of Plea Hearing for 11:30 11/5/01 for Julian Saquan DeJesus before Judge G. R. Anderson Jr. (pbri) (Entered: 10/31/2001) |
| 10/31/2001 | | HEARING CANCELLED - Change of Plea (pbri) (Entered: 10/31/2001) |
| 10/26/2001 | 67 | INFORMATION as to Lowell Martin (2) count(s) 1s (pbri) (Entered: 10/29/2001) |
| 10/25/2001 | 66 | PRETRIAL CONFERENCE as to Lowell Martin held before Magistrate Judge William M. Catoe Defendant present with counsel. Court Reporter: Stephanie Wiseman (pbri) (Entered: 10/25/2001) |
| 10/25/2001 | 65 | PRETRIAL CONFERENCE as to Julian Saquan DeJesus held before Magistrate Judge William M. Catoe Court Reporter: Stephanie Wiseman. Defendant present with counsel. (pbri) (Entered: 10/25/2001) |
| 10/25/2001 | 64 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin reset Change of Plea Hearing for 9:30 11/1/01 for Julian Saquan DeJesus, for Lowell Martin before Judge G. R. Anderson Jr. (pbri) (Entered: 10/25/2001) |
| 10/17/2001 | 63 | NOTICE of Hearing as to Lowell Martin set pretrial conference for 10:00 10/25/01 for Lowell Martin before Magistrate Judge William M. Catoe (pbri) (Entered: 10/17/2001) |
| 10/17/2001 | 62 | NOTICE of Hearing as to Julian Saquan DeJesus set pretrial conference for 10:00 10/25/01 for Julian Saquan DeJesus before Magistrate Judge William M. Catoe (pbri) (Entered: 10/17/2001) |
| 09/21/2001 | 61 | ORDER as to Julian Saquan DeJesus Continuing due to plea negotiations , reset Jury trial for 9:00 11/5/01 for Julian Saquan DeJesus before Judge G. R. Anderson Jr. (Signed by Magistrate Judge William M. Catoe ) svd (sjam) (Entered: 09/21/2001) |
| 09/20/2001 | 60 | PRETRIAL CONFERENCE as to Julian Saquan DeJesus held before Magistrate Judge William M. Catoe. Present on bond with James Brehm standing in for Karl Allen. Continuance requested. Court Reporter: Wiseman. (sjam) (Entered: 09/20/2001) |
| 09/20/2001 | | HEARING CANCELLED - pretrial for Martin. Continuance order filed. (sjam) (Entered: 09/20/2001) |
| 09/19/2001 | 59 | ORDER as to Lowell Martin Continuing due to plea negotiations , reset Jury trial for 9:00 11/5/01 for Lowell Martin before Judge G. R. Anderson Jr. (Signed by Magistrate Judge William M. Catoe ) svd (sjam) (Entered: 09/19/2001) |
| 09/14/2001 | 58 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin set pretrial conference for 10:00 9/20/01 for Julian Saquan DeJesus, for Lowell Martin before Magistrate Judge William M. Catoe (pbri) (Entered: 09/14/2001) |
| 09/05/2001 | 57 | ORDER as to Julian Saquan DeJesus Continuing due to plea negotiations , reset Jury trial for 9:00 10/1/01 for Julian Saquan DeJesus before Judge G. |

| | | R. Anderson Jr. (Signed by Magistrate Judge George C. Kosko ) svd (sjam) (Entered: 09/05/2001) |
|---|---|---|
| 08/31/2001 | 56 | Plea Agreement as to Michael Lee Foster (pbri) (Entered: 08/31/2001) |
| 08/31/2001 | 55 | PLEA proffered by Michael Lee Foster as to count(s) 1 of the indictment. Court accepts plea, GUILTY PLEA ENTERED as to Michael Lee Foster (3) count(s) 1 Defendant remains on bond. (before Judge G. R. Anderson Jr. ) Court Reporter: Geri Kirkley (pbri) (Entered: 08/31/2001) |
| 08/24/2001 | 54 | PRETRIAL CONFERENCE as to Julian Saquan DeJesus held before Magistrate Judge George C. Kosko. Continuance requested without objection. Court Reporter: ESR 01-12 1-292. (kric) (Entered: 08/24/2001) |
| 08/23/2001 | 53 | PRETRIAL CONFERENCE as to Michael Lee Foster held before Magistrate Judge William M. Catoe ORAL ORDER terminating discovery motions; defendent not present. AUSA Johnson directed clerk it will be plea. Court Reporter: Wiseman. (kric) (Entered: 08/23/2001) |
| 08/23/2001 | 52 | PRETRIAL CONFERENCE as to Julian Saquan DeJesus held before Magistrate Judge William M. Catoe ORAL ORDER terminating discovery motions; defendant not present reset for 8/24/01 at 10:00. Court Reporter: Wiseman. (kric) (Entered: 08/23/2001) |
| 08/21/2001 | 51 | ORDER as to Lowell Martin Continuing due to plea negotiations , reset Jury trial for 9:00 10/1/01 for Lowell Martin before Judge G. R. Anderson Jr. (Signed by Magistrate Judge William M. Catoe )EOD 8/21/01 SVD (pbri) (Entered: 08/21/2001) |
| 08/20/2001 | 50 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin, Michael Lee Foster reset pretrial conference for 9:00 8/23/01 for Julian Saquan DeJesus, for Lowell Martin, for Michael Lee Foster before Magistrate Judge William M. Catoe (pbri) (Entered: 08/20/2001) |
| 08/14/2001 | 49 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin, Michael Lee Foster set pretrial conference for 10:00 8/23/01 for Julian Saquan DeJesus, for Lowell Martin, for Michael Lee Foster before Magistrate Judge William M. Catoe (pbri) (Entered: 08/15/2001) |
| 08/14/2001 | 48 | ORDER as to Michael Lee Foster Continuing due to plea negiotations , reset Jury trial for 9:00 9/4/01 for Michael Lee Foster before Judge G. R. Anderson Jr. (Signed by Magistrate Judge William M. Catoe ) EOD 8/14/01 SVD (pbri) (Entered: 08/14/2001) |
| 07/25/2001 | 47 | ORDER as to Julian Saquan DeJesus Continuing due to Plea negotiations , and reset Jury trial for 9:00 9/4/01 for Julian Saquan DeJesus before Judge G. R. Anderson Jr. (Signed by Judge G. R. Anderson Jr. ) MLD [EOD: 7/25/01] (former empl) (Entered: 07/25/2001) |
| 07/24/2001 | 46 | ORDER as to Lowell Martin Continuing to review discovery , reset Jury trial for 9:00 9/4/01 for Lowell Martin before Judge G. R. Anderson Jr. (Signed by Magistrate Judge William M. Catoe ) EOD 7/24/01 SVD (pbri) (Entered: |

| | | 07/24/2001) |
|---|---|---|
| 07/19/2001 | 45 | ORDER terminating court appointed Edward Miller for Karl Allen, retained as to Julian Saquan DeJesus (Signed by Magistrate Judge George C. Kosko ) svd (sjam) (Entered: 07/19/2001) |
| 07/19/2001 | 44 | NOTICE of Appearance for Julian Saquan DeJesus by Attorney Karl B. Allen (sjam) (Entered: 07/19/2001) |
| 07/16/2001 | 43 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin, Michael Lee Foster set pretrial conference for 10:00 7/26/01 for Julian Saquan DeJesus, for Lowell Martin, for Michael Lee Foster before Magistrate Judge William M. Catoe (pbri) (Entered: 07/16/2001) |
| 07/10/2001 | 42 | ORDER as to Michael Lee Foster granting [36-1] motion for Jay Strongwater to appear pro hac vice FILING FEE AMOUNT 75 Receipt # 60011388 as to Michael Lee Foster (3) (Signed by Judge G. R. Anderson Jr. ) EOD 7/10/01 SVD (pbri) (Entered: 07/10/2001) |
| 07/10/2001 | 41 | ORDER as to Michael Lee Foster granting [39-1] motion for Robert Rubin to appear pro hac vice FILING FEE AMOUNT 75 Receipt # 60011387 as to Michael Lee Foster (3) (Signed by Judge G. R. Anderson Jr. ) EOD 7/10/01 SVD (pbri) (Entered: 07/10/2001) |
| 07/03/2001 | 40 | NOTICE of Appearance for Michael Lee Foster by Attorney (pbri) (Entered: 07/05/2001) |
| 07/03/2001 | 39 | MOTION by Michael Lee Foster for Robert Rubin to appear pro hac vice FILING FEE AMOUNT 75 Receipt # 60011387 (pbri) (Entered: 07/05/2001) |
| 07/03/2001 | 38 | NOTICE of Appearance for Michael Lee Foster by Attorney Beattie B. Ashmore (pbri) (Entered: 07/03/2001) |
| 07/03/2001 | 37 | NOTICE of Appearance for Michael Lee Foster by Attorney Jay Strongwater (pbri) (Entered: 07/03/2001) |
| 07/03/2001 | 36 | MOTION by Michael Lee Foster for Jay Strongwater to appear pro hac vice FILING FEE AMOUNT 75 Receipt # 60011388 (pbri) (Entered: 07/03/2001) |
| 07/03/2001 | 35 | Failure to appear warrant WARRANT Returned Unexecuted as to Julian Saquan DeJesus on 6/29/01 (sjam) (Entered: 07/03/2001) |
| 06/26/2001 | 34 | ORDER as to Julian Saquan DeJesus (follows oral order , entered 6/25/01 RECINDING warrant for failure to appear) (Signed by Magistrate Judge William M. Catoe ) svd (sjam) (Entered: 06/27/2001) |
| 06/25/2001 | | Bond revocation for failure appear at pretrial June 21, 2001 WARRANT issued as to Julian Saquan DeJesus . (sjam) (Entered: 06/25/2001) |
| 06/25/2001 | | ORAL ORDER as to Julian Saquan DeJesus , to revoke Bond and clerk to issue bench warrant for failure to appear for pretrial conference June 21, 2001 for Julian Saquan DeJesus. ( Entered by Magistrate Judge William M. |

| | | Catoe ) (sjam) (Entered: 06/25/2001) |
|---|---|---|
| 06/22/2001 | 33 | ORDER as to Lowell Martin Continuing due to review discovery , reset Jury trial for 8/6/01 for Lowell Martin before Judge G. R. Anderson Jr. (Signed by Magistrate Judge William M. Catoe ) (pbri) (Entered: 06/22/2001) |
| 06/21/2001 | 32 | PRETRIAL CONFERENCE as to Lowell Martin held before Magistrate Judge William M. Catoe. Defendant present with counsel. Continuance requested without objection. ORAL ORDER Court Reporter: Wiseman. (kric) (Entered: 06/21/2001) |
| 06/21/2001 | 32 | PRETRIAL CONFERENCE as to Julian Saquan DeJesus held before Magistrate Judge William M. Catoe. Counsel present. Defendant not present. ORAL ORDER to issue bench warrant Court Reporter: Wiseman. (kric) (Entered: 06/21/2001) |
| 06/19/2001 | 30 | Rule 40 Documents as to Michael Lee Foster received from Northern District of Georgia; removal hearing minute sheet, waiver of rule 40 hearings, removal hearing minute sheet, FPD order,, order of temporary detention, motion for detention, appearance bond, order of detention (kric) (Entered: 06/19/2001) |
| 06/18/2001 | 29 | Arraignment as to Michael Lee Foster held before Magistrate Judge William M. Catoe Michael Lee Foster (3) count(s) 1 (Robert G. Rubin, out of state. To obtain local counsel and file his pro hac vice motion) Georgia SURETY BOND entered Amount $ 50,000.00 Defendant pleads Not Guilty Location Release Court reporter: ESR 01-08 2485-2750 (sjam) (Entered: 06/18/2001) |
| 06/15/2001 | 31 | indictment arrest WARRANT Returned Executed as to Michael Lee Foster on 6/5/01 (kric) (Entered: 06/19/2001) |
| 06/15/2001 | 27 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin set pretrial conference for 10:00 6/21/01 for Julian Saquan DeJesus, for Lowell Martin before Magistrate Judge William M. Catoe (pbri) (Entered: 06/15/2001) |
| 06/14/2001 | 28 | SECURED BOND entered by Michael Lee Foster in Amount $ 50,000.00 made in GA. Foster Bail Bonds surety (Signed by Judge Unassigned - CRI ) (sjam) (Entered: 06/18/2001) |
| 06/14/2001 | 26 | NOTICE of Hearing as to Michael Lee Foster reset Arraignment for 10:00 6/18/01 for Michael Lee Foster before Magistrate Judge William M. Catoe (sjam) (Entered: 06/14/2001) |
| 06/12/2001 | 25 | ORDER as to Lowell Martin terminating appointed FPD for retained counsel Bill Godfrey. svd (Signed by Magistrate Judge William M. Catoe ) (sjam) (Entered: 06/13/2001) |
| 06/08/2001 | 22 | NOTICE of Appearance for Michael Lee Foster by Attorney Everett P. Godfrey Jr. (pbri) (Entered: 06/08/2001) |
| 06/07/2001 | 24 | MOTION by Lowell Martin for Brady (pbri) (Entered: 06/08/2001) |
| 06/07/2001 | 23 | MOTION by Lowell Martin for discovery (pbri) (Entered: 06/08/2001) |

| 06/07/2001 | 21 | Arraignment as to Julian Saquan DeJesus, Lowell Martin held before Magistrate Judge William M. Catoe Julian Saquan DeJesus (1) count(s) 1, Lowell Martin (2) count(s) 1 (Attorney: Ned Miller present with Dejesus and Bill Godfrey retained for Martin, Ben Stepp to be terminated as counsel )Defendants present on BOND Defendants plead NOT GUILTY Location release Court reporter: Jean Cole (kric) (Entered: 06/07/2001) |
|---|---|---|
| 06/05/2001 | | Defendant Leonel Garcia reassigned to Judge Unassigned - CRI fugitive (cqui) (Entered: 09/13/2001) |
| 06/05/2001 | | ARREST of Michael Lee Foster (kric) (Entered: 06/12/2001) |
| 06/05/2001 | | CASE assigned to Judge G. R. Anderson Jr. (former empl) (Entered: 06/05/2001) |
| 05/22/2001 | 20 | NOTICE of Hearing as to Julian Saquan DeJesus, Lowell Martin set Arraignment for 10:00 6/7/01 for Julian Saquan DeJesus, for Lowell Martin before Magistrate Judge George C. Kosko (sjam) (Entered: 05/24/2001) |
| 05/22/2001 | 19 | ORDER for Issuance of Arrest Warrant as to Leonel Garcia ( Signed by Magistrate Judge William M. Catoe ) (sjam) Additional attachment(s) added on 3/27/2007 (kcam, ). (Entered: 05/24/2001) |
| 05/22/2001 | 18 | ORDER for Issuance of Warrant as to Michael Lee Foster ( Signed by Magistrate Judge William M. Catoe ) (sjam) (Entered: 05/24/2001) |
| 05/22/2001 | 17 | INDICTMENT as to Julian Saquan DeJesus (1) count(s) 1, Lowell Martin (2) count(s) 1, Michael Lee Foster (3) count(s) 1, Leonel Garcia (4) count(s) 1 (sjam) (Entered: 05/24/2001) |
| 05/22/2001 | 16 | CJA 23 FINANCIAL AFFIDAVIT by Lowell Martin [ 8:01-m -291 ] (sjam) (Entered: 05/22/2001) |
| 05/10/2001 | 15 | MOTION by Julian Saquan DeJesus for Brady material [ 8:01-m -291 ] (sfet) (Entered: 05/10/2001) |
| 05/10/2001 | 14 | MOTION by Julian Saquan DeJesus for Disclosure of intent to use evidence of other crimes, wrongs, or acts under Federal Rules of Evidence, Rule 404(b) [ 8:01-m -291 ] (sfet) (Entered: 05/10/2001) |
| 05/10/2001 | 13 | MOTION by Julian Saquan DeJesus for disclosure of Jencks Act Material [ 8:01-m -291 ] (sfet) (Entered: 05/10/2001) |
| 05/10/2001 | 12 | MOTION by Julian Saquan DeJesus for Disclosure of intent to use evidence at trial which may be subject to a motion to supress [ 8:01-m -291 ] (sfet) Modified on 05/10/2001 (Entered: 05/10/2001) |
| 05/10/2001 | 11 | MOTION by Julian Saquan DeJesus to inspect grand jury minutes [ 8:01-m -291 ] (sfet) (Entered: 05/10/2001) |
| 05/10/2001 | 10 | MOTION by Julian Saquan DeJesus for discovery and inspection [ 8:01-m -291 ] (sfet) (Entered: 05/10/2001) |

| 05/10/2001 | 9 | MOTION by Julian Saquan DeJesus to suppress all statements and physical evidence [ 8:01-m -291 ] (sfet) Modified on 05/10/2001 (Entered: 05/10/2001) |
| 04/30/2001 | 8 | CJA 20 as to Julian Saquan DeJesus : Appointment of Attorney Edward Walter Miller ( Signed by Magistrate Judge William M. Catoe ) [ 8:01-m -291 ] (kric) (Entered: 04/30/2001) |
| 04/27/2001 | 7 | SECURED BOND entered by Julian Saquan DeJesus in Amount $ 50,000.00. Nikki Jesus, Surety and Michael E Curlee, Surety (Signed by Magistrate Judge William M. Catoe ) [ 8:01-m -291 ] (sjam) (Entered: 04/27/2001) |
| 04/26/2001 | 6 | ORDER Appointing Federal Public Defender for Lowell Martin ( Signed by Magistrate Judge William M. Catoe ) [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | 5 | unsecured BOND entered by Lowell Martin in Amount $ 25,000.00 (Signed by Magistrate Judge William M. Catoe ) svd [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | 4 | complaint WARRANT Returned Executed as to Lowell Martin on 4/25/01 [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | 3 | complaint WARRANT Returned Executed as to Julian Saquan DeJesus on 4/25/01 [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | 2 | Initial Appearance as to Lowell Martin held before Magistrate Judge William M. Catoe (Attorney FPD appointed ) non-surety BOND entered Amount $ 25,000.00 Location release Court reporter: ESR 01-07 281-715 [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | 2 | Initial Appearance as to Julian Saquan DeJesus held before Magistrate Judge William M. Catoe (Attorney Ned Miller Appointed ) BOND set at Amount $ 50,000.00 secured Location custody Court reporter: ESR 01-07 281-715 [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | 1 | COMPLAINT and WARRANTS as to Julian Saquan DeJesus, Lowell Martin, Mike Foster [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 04/25/2001 | | ARREST of Julian Saquan DeJesus, Lowell Martin [ 8:01-m -291 ] (kric) (Entered: 04/27/2001) |
| 02/19/2001 | 82 | MOTION by Lowell Martin to amend [80-1] judgment (pbri) (Entered: 02/21/2002) |

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. ___8:01-291___ |
| | ) | 21 USC § 841(a)(1) |
| v. | ) | 21 USC § 846 |
| | ) | |
| **JULIAN SAQUAN DEJESUS** | ) | |
| **LOWELL MARTIN** | ) | |
| **MICHAEL FOSTER** | ) | |
| **LEONEL GARCIA** | ) | **INDICTMENT** |

**FILED**

MAY 2 2 2001

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

### COUNT 1

**THE GRAND JURY CHARGES:**

Beginning at a date unknown to the Grand Jury, but at least from in or about March 2001 and continuing up to and including April 25, 2001, in the District of South Carolina and elsewhere, the defendants, **JULIAN SAQUAN DEJESUS, LOWELL MARTIN, MICHAEL FOSTER and LEONEL GARCIA**, did knowingly, intentionally, and unlawfully conspire, confederate and agree and have tacit understanding with each other and with others known and unknown to the Grand Jury to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

A True Bill

FOREPERSON

_____
SCOTT N. SCHOOLS    (ilj/sb)
UNITED STATES ATTORNEY

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: _____
DEPUTY CLERK